UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ALEX DAVILA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 6:21-CV-00013 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

### MEMORANDUM OPINION AND ORDER
### ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the September 28, 2021 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Jason B. Libby. (Dkt. No. 18). In the M&R, Magistrate Judge Libby recommends that the Court grant Respondent Bobby Lumpkin's Motion for Summary Judgment and deny *pro se* Petitioner Alex Davila's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.

The Parties received proper notice and the opportunity to object to the proposed findings and recommendations.[1] *See* 28 U.S.C. § 636(b)(1). Davila filed timely objections. (Dkt. No. 19). The Court is to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). However, the Court need not consider objections that "merely reurg[e] arguments contained in the original petition." *Edmond v. Collins*, 8 F.3d 290, 293

---

[1] Rule 72 normally governs review of a magistrate judge's M&R. The comment to Rule 72 of the Federal Rules of Civil Procedure, however, states that Rule 72 is inapplicable in the habeas corpus context. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord Nara v. Frank*, 488 F.3d 187, 195 (3d Cir. 2007).

n.7 (5th Cir. 1993). Relevant here, a court must liberally construe a *pro se* document. *Erickson v. Pardus*, 551 U.S. 89, 94, 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007) (per curiam).

Davila raises one objection to the M&R. (Dkt. No. 19 at 1–2). He argues that the testimony presented during his trial about his past unadjudicated offenses involving sexual misconduct with a child should have been barred by the Fifth Amendment. (*Id.*). This is substantially the same argument that Davila made in his original habeas petition, (Dkt. No. 1 at 6–7), which the M&R addressed, (Dkt. No. 18 at 7–12). Thus, it need not be considered, and the Court overrules the objection. *See Edmond*, 8 F.3d at 293 n.7. Accordingly, the Court **ACCEPTS** the M&R as the opinion of the Court. The Court **GRANTS** Respondent Bobby Lumpkin's Motion for Summary Judgment. (Dkt. No. 16). The Court further **DISMISSES WITH PREJUDICE** Petitioner Alex Davila's habeas petition under 28 U.S.C. § 2254. (Dkt. No. 1).

It is SO ORDERED.

Signed on December 30, 2021.

                                                                                       _____
                                                                                         **DREW B. TIPTON**
                                                                 **UNITED STATES DISTRICT JUDGE**